KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
CHRISTOPHER J. BECKER, State Bar No. 230529
Supervising Deputy Attorney General
JOANNA B. HOOD, State Bar No. 264078
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-4785
 Fax: (916) 324-5205
 E-mail: Joanna.Hood@doj.ca.gov
*Attorneys for Defendants*
*Villanueva and McDonald*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOSE LUIS SEGURA,**<br><br>                              Plaintiff,<br><br>       v.<br><br>**MCDONALD, ET AL.,**<br><br>                              Defendants. | 2:13-CV-00393 AC<br><br>[~~PROPOSED~~] **ORDER** |

   Good cause appearing, Defendants' request to take Plaintiff's deposition by videoconference is GRANTED.

Dated: December 29, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

SA2013310459
11654283

1